*Nancy Burton,* in support of the petition.

Decided January 9, 2003

---

DANIEL D'AMICO *v.* DEPARTMENT OF CORRECTION

*Harvey L. Levine,* in support of the petition.

*Douglas L. Drayton,* in opposition.

Decided January 9, 2003

---

ANDRE RHODES *v.* COMMISSIONER OF
CORRECTION

*Sebastian O. DeSantis,* special public defender, in support of the petition.

*James M. Ralls,* assistant state's attorney, in opposition.

Decided January 9, 2003

---

STATE OF CONNECTICUT *v.* JAMES LATTANZIO

*James Lattanzio,* pro se, in support of the petition.